# UNITED STATES DISTRICT COURT
for the
_____ District of _____

_____ Division

Shawn Keltner
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Lewis and Clark County Sheriff Leo Dutton
*Defendant(s)* Captain Bragg
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. _____
(to be filled in by the Clerk's Office)

## COMPLAINT AND REQUEST FOR INJUNCTION

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Shawn Keltner |
| Street Address | 221 Breckenridge |
| City and County | Helene Lewis and Clark |
| State and Zip Code | Montana 59601 |
| Telephone Number | |
| E-mail Address | Shaun.Keltner@outlook.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

Name: Lewis and Clark County
Job or Title (if known):
Street Address: 221 Breckenridge
City and County: Helena Lewis and Clark
State and Zip Code: Montana 59601
Telephone Number:
E-mail Address (if known):

Defendant No. 2

Name: Leo Dutton
Job or Title (if known): Sheriff
Street Address: 221 Breckenridge
City and County: Helena Lewis and Clark
State and Zip Code: Montana 59601
Telephone Number:
E-mail Address (if known):

Defendant No. 3

Name: Captain Bragg
Job or Title (if known): Detention Center Warden
Street Address: 221 Breckenridge
City and County: Helena Lewis and Clark
State and Zip Code: Montana 59601
Telephone Number:
E-mail Address (if known):

Defendant No. 4

Name:
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Constitutional question of a State employees actions

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

    and has its principal place of business in the State of *(name)* _____

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation

The defendant, (name) _____, is incorporated under the laws of the State of (name) _____, and has its principal place of business in the State of (name) _____

Or is incorporated under the laws of (foreign nation) _____,

and has its principal place of business in (name) _____

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

1) all Legal costs
2) Mental Duress - ongoing
3) Pain and Suffering - ongoing
4) Permanent Scaring - $150,000.00

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

221 Breckenridge, Helena, MT
Lewis and Clark County Detention Center
POD #4 Cell #1

B. What date and approximate time did the events giving rise to your claim(s) occur?

November 29th 2023
815 AM morning Med pass
ongoing

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/23/2023

Signature of Plaintiff: *[signed]*
Printed Name of Plaintiff: Shawn Keltner

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I am 53 years old, overweight, my medication makes me dizzy. I was put in a top Bunk with No Ladder. When getting down from the top Bunk for morning med pass I stepped on the desk then one foot on stool. My foot slipped off the stool, my shin hit under the desk leaving 1/4 inch gash, bruising, and continued pain when walking. I made staff aware of issues being on the top Bunk, but was still put on the top bunk.

IV. **Irreparable Injury**

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

The mental stress of having my Requests for Nursing to check my injury ignored, or responsibility being put back on my self and the Tier post to determine medical requirements. I put a Kite in on Nov. 25 2023 it was not answered until Nov. 30th 2023. I still have pain when walking and a permanent scar thats 1/4 inches long

V. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1. All Legal Costs
2. Mental Duress - on going
3. Pain and Suffering - on going
4. Permanent Scaring - $150,000.00